THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Franklin Hayes, Appellant.
 
 
 

Appeal From Lexington County
 William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2008-UP-451
 Submitted August 1, 2008  Filed August 7,
2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Teresa A. Knox, Deputy Director of Legal Services, of Columbia, for Respondent.
 
 
 

PER CURIAM: Franklin
 Hayes appeals the revocation of his suspended sentence, arguing the trial court
 erred in revoking four years of his suspended sentence when the State
 recommended only a one-year revocation.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Hayes appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
KONDUROS, J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.